JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BURKE,<br><br>  Plaintiff,<br><br>v.<br><br>CORVEST SPV, LLC, a limited liability company; and DOES 1-25, inclusive,<br><br>  Defendants. | CASE NO. CV08-2620 AHM (AJWx)<br><br>Complaint filed: March 14, 2008<br>Honorable A. Howard Matz<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)]** |

## **O R D E R**

Upon consideration of the parties' Stipulation For Dismissal With Prejudice, it is hereby ordered that this action shall be dismissed with prejudice. Each side is to bear her or its own attorneys fees and costs.

Dated: December 5, 2008

_____
Honorable A. Howard Matz
Judge, United States District Court

LA:558302v1      [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. CV08-2620 AHM (AJWx)